Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                          Case No.:  22−10582−MBK
                                          Chapter:  13
                                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Morris
   110 Courtland Avenue
   Aberdeen, NJ 07747

Social Security No.:
   xxx−xx−7920

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 19, 2022.


Dated: April 19, 2022
JAN: wiq

                                                                                     Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10582-MBK |
| James Morris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 19, 2022 | Form ID: plncf13 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Morris, 110 Courtland Avenue, Aberdeen, NJ 07747-2214 |
| 519491484 | ++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609 address filed with court:, Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 519491485 | + | Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 519491486 | | Meridian Medical Associates PA, PO Box 416656, Boston, MA 02241-6656 |
| 519540584 | | Mill City Mortgage Loan Trust 2018-4, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519491492 | | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519491484 | | Email/Text: ECF@fayservicing.com | Apr 19 2022 20:44:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 519491487 | | Email/Text: clientservices@simonsagency.com | Apr 19 2022 20:45:00 | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519491489 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491490 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491491 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491488 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491493 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519491494 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519491495 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519491496 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: plncf13 | Total Noticed: 9 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Mill City Mortgage Loan Trust 2018-4  Wilmington Savings Fund Society, FSB, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor James Morris cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| Phillip Andrew Raymond | on behalf of Creditor Mill City Mortgage Loan Trust 2018-4  Wilmington Savings Fund Society, FSB, as Trustee phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5