Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor



**Order Filed on April 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>James Morris,<br><br>Debtor. | Chapter 13<br><br>Case No. 22-10582-MBK<br><br>Hearing Date: April 13, 2022 at 10:00 a.m.<br><br>Judge: Michael B. Kaplan |
|---|---|

### CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR MILL CITY MORTGAGE LOAN TRUST 2018-4, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE'S SECURED CLAIM

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: April 26, 2022**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: James Morris
Case No.: 22-10582-MBK
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR MILL CITY MORTGAGE LOAN TRUST 2018-4, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE'S SECURED CLAIM**

---

The undersigned parties resolved Mill City Mortgage Loan Trust 2018-4, Wilmington Savings Fund Society, FSB, as Trustee ("Secured Creditor") Objection to Plan Confirmation, ECF No. 11, and agree to the following treatment of the secured claim filed by Secured Creditor on the Claims Register as Claim No. 1 (the "Secured Claim"), through James Morris's ("Debtor") Chapter 13 Plan, ECF No. 3 (the "Plan"), with respect to Secured Creditor's lien on the real property located at 110 Courtland Lane, Matawan, NJ 07747 (the "Property"), as follows and have consented to the entry of the within, and for good cause shown it is hereby;

**ORDERED AS FOLLOWS:**

1. Secured Creditor's Objection to Plan Confirmation (**ECF No. 11**) is hereby resolved by this Order.

2. Debtor shall pursue a loan modification through the Court's loss mitigation program and has until September 30, 2022 to obtain a loan modification. Should the Debtor be approved for a trial modification, the parties may consent to a further extension of loss mitigation.

3. The parties agree that if the Debtor is unable to successfully modify the loan by September 30, 2022, Debtor shall resolve all pre and post-petition arrears owed to Secured Creditor, either by filing a modified plan or by filing a modified plan providing for surrender the Property.

4. Debtor shall make monthly mortgage payments in the amount of $2,429.31 directly to the Secured Creditor while the loan modification is being reviewed.

5. Debtor is hereby notified and acknowledges that the escrow payment is subject to change during the pendency of this case and that he shall adjust adequate monthly payments to pay the full escrow amount in accordance with any filed payment change notice.

Page 3

Debtor: James Morris
Case No.: 22-10582
Caption of Order: **CONSENT ORDER RESOLVING PLAN OBJECTION AND OUTLINING THE TREATMENT OF SECURED CREDITOR MILL CITY MORTGAGE LOAN TRUST 2018-4, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE'S SECURED CLAIM**

---

6. If Debtor should default and fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default on notice to Debtor and Debtor's counsel and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the Property.

7. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Secured Creditor may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor
By: _____
Phillip Raymond
Date: 4-13-2022

Attorney for the Debtor
By: _____
James J. Cerbone
Date: 4/12/2022