Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−10582−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Morris
   110 Courtland Avenue
   Aberdeen, NJ 07747

Social Security No.:
   xxx−xx−7920

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/27/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 27, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                         Case No. 22-10582-MBK
James Morris                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Oct 27, 2022      Form ID: 148      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Morris, 110 Courtland Avenue, Aberdeen, NJ 07747-2214 |
| 519491485 | + | Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 519491486 | | Meridian Medical Associates PA, PO Box 416656, Boston, MA 02241-6656 |
| 519540584 | | Mill City Mortgage Loan Trust 2018-4, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519491492 | | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519491484 | | Email/Text: ECF@fayservicing.com | Oct 27 2022 20:39:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261 |
| 519491487 | | Email/Text: clientservices@simonsagency.com | Oct 27 2022 20:40:00 | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519491489 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491490 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491491 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491488 | * | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 519491493 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519491494 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519491495 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |
| 519491496 | * | Summit Medical Group, Attn: 8549X, PO Box 14000, Belfast, ME 04915-4033 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2022 | Form ID: 148 | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Mill City Mortgage Loan Trust 2018-4  Wilmington Savings Fund Society, FSB, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Cerbone
on behalf of Debtor James Morris cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com

Phillip Andrew Raymond
on behalf of Creditor Mill City Mortgage Loan Trust 2018-4  Wilmington Savings Fund Society, FSB, as Trustee phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6